

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### *United States District Court*
*Eastern District of Missouri*
*111 So. 10th Street*
*St. Louis, Missouri 63102*

*James G. Woodward*
*Clerk of Court*

314-244-7900

July 12, 2010

United States Courthouse
CENTRAL DISTRICT OF CALIFORNIA

Western Division

312 North Spring Street, Room G-8

Los Angeles, CA 90012

RE: USA v. John robert Andis
USDC/EM: 4:00CR0347HEA

CR10-662-CAS

Dear Clerk:

Pursuant to the certified copy of the Transfer of Jurisdiction filed in the above referenced cases, enclosed please find the following:

      1.      certified copy of the docket sheets,

      2.      certified copy of the indictment,

      3.      certified copy of the Criminal Judgment and Commitment.

Please return a copy of this letter indicating the date the enclosed documents were received in your office.

Sincerely,

James Woodward, Clerk

By   /s/ C. Lippold
  Deputy Clerk

Encl:

cc: US Probation/ EDMO

APPEAL, TERMED

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CRIMINAL DOCKET FOR CASE #: 4:00-cr-00347-HEA All Defendants
# Internal Use Only

Case title: USA v. Andis                          Date Filed: 07/27/2000
Other court case number: :00-mj-02187 INTERIN     Date Terminated: 02/08/2008
Magistrate judge case number: 4:00-mj-07112

Assigned to: Honorable Henry E.
Autrey

### Defendant (1)

**John Robert Andis**                 represented by   **Ilene A. Goodman**
*TERMINATED: 02/08/2008*                               750 Missouri Avenue
*also known as*                                        East St. Louis, MO 62201
Robert Andis                                           618-482-9382
*TERMINATED: 02/08/2008*                               *TERMINATED: 01/10/2001*
                                                       *LEAD ATTORNEY*
                                                       *Designation: Public Defender or*
                                                       *Community Defender*
                                                       *Appointment*

                                                       **Janis C. Good**
                                                       FEDERAL PUBLIC DEFENDER

                                                       1010 Market Street
                                                       Suite 200
                                                       St. Louis, MO 63101
                                                       314-241-1255
                                                       Fax: 314-421-3177
                                                       Email: jan_good@fd.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Public Defender or*
                                                       *Community Defender*
                                                       *Appointment*

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _____
                    DEPUTY CLERK

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER

1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: julie_mueller@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Pending Counts**

18:2423.F COERCION OR
ENTICEMENT OF MINOR
FEMALE
(2)

**Disposition**

Defendant is committed to the
US-BOP to be imprisoned for a
term of 18 months. Defendant
shall be on supervised release for
a term of 3 years. Defendant shall
pay a $100.00 special assessment
fee due immediately.

**Highest Offense Level**
**(Opening)**
Felony

**Terminated Counts**

18:2422.F COERCION OR
ENTICEMENT OF FEMALE
(1)

**Disposition**

The defendant is hereby
committed to the BOP to be
imprisoned for a total term of 10
months. Upon release from
imprisonment, the defendant shall
be on supervised release for a
term of 26 months. The defendant
is remanded to the custody of the
U.S. Marshal.

18:2422.F COERCION OR
ENTICEMENT OF FEMALE
(3)

Dismissed on motion of
government.

## Highest Offense Level
## (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

## Plaintiff

**USA**                                   represented by   **U. S. Attorney - Criminal**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-7695
Email:
usamoe.crimdock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal Goldsmith**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-3887
Email: Hal.Goldsmith@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald G. Wilkerson , Sr.**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-7695

Email: julie.hurst@usdoj.gov
*TERMINATED: 05/20/2005*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/14/2000 | 1 | COMPLAINT against Robert Andis signed by Mag Judge Mary Ann L. Medler ; CASE SEALED [ 4:00-m -7112 ] (SEALED) (Entered: 07/18/2000) |
| 07/14/2000 |   | ARREST Warrant issued for Robert Andis [ 4:00-m -7112 ] (SEALED) (Entered: 07/18/2000) |
| 07/14/2000 | 2 | APPEARANCE for plaintiff USA by Attorney Donald G. Wilkerson Sr. [ 4:00-m -7112 ] (SEALED) (Entered: 07/18/2000) |
| 07/14/2000 | 3 | MOTION for pretrial detention and hearing as to defendant: Robert Andis by USA [ 4:00-m -7112 ] (SEALED) (Entered: 07/18/2000) |
| 07/14/2000 | 4 | MOTION for sealing order as to defendant: Robert Andis by USA [ 4:00-m -7112 ] (SEALED) (Entered: 07/18/2000) |
| 07/14/2000 | 5 | ORDER as to defendant Robert Andis by Mag Judge Mary Ann L. Medler granting motion for sealing order as to defendant: Robert Andis [4-1] [ 4:00-m -7112 ] (SEALED) (Entered: 07/18/2000) |
| 07/20/2000 | <u>18</u> | ORDER of Detention signed by Judge Valerie P. Cooke, District of Nevada(cc: all counsel, USPT, USP, USM) (BAK) (Entered: 07/31/2000) |
| 07/24/2000 | 6 | MOTION to redact the minor victim's name from the compliant by USA [ 4:00-m -7112 ] (SEALED) (Entered: 07/25/2000) |
| 07/24/2000 | 7 | RULED DOCUMENT by Mag Judge Mary Ann L. Medler granting motion to redact the minor victim's name from the compliant [6-1] [ 4:00-m -7112 ] (SEALED) (Entered: 07/25/2000) |
| 07/24/2000 |   | ARREST of defendant Robert Andis on 7/24/00 [ 4:00-m -7112 ] (SEALED) Modified on 07/25/2000 (Entered: 07/25/2000) |
| 07/24/2000 | 8 | MOTION to unseal case by USA [ 4:00-m -7112 ] (SEALED) Modified on 07/25/2000 (Entered: 07/25/2000) |
|            |   | |

| 07/24/2000 | 9 | RULED DOCUMENT by Mag Judge Mary Ann L. Medler granting motion to unseal case [8-1] case unsealed (cc: all counsel, USPT, USP, USM) [ 4:00-m -7112 ] (SEALED) (Entered: 07/25/2000) |
|---|---|---|
| 07/24/2000 | 10 | RULE 5 (w/minutes attached) Record by Mag Judge Mary Ann L. Medler Defendant advised of following: Nature of Offense; Right to be represented by counsel; Right to remain silent; and that defendant's statements can be used against him. Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released. initial appearance of Robert Andis ; Attorney(s) not present ; and preliminary exam set for 1:00 7/26/00 for Robert Andis before Mag Judge Mary Ann L. Medler ; detention hearing set for 1:00 7/26/00 for Robert Andis Given copy of complaint Court to Appoint: FPD Pretrial Services bail rpt rcved on 7/24/00 Pretrial Services Officer: Jennifer Mutch ; Defendant Location: custody court reporter: Holwitt; Tape #: 1 Index#s: 144-401 proceedings started: 2:45 - ended: 2:50 [ 4:00-m -7112 ] (SEALED) (Entered: 07/25/2000) |
| 07/24/2000 | 11 | ORDER as to defendant Andis by Mag Judge Mary Ann L. Medler add attorney for defendant Robert Andis copy of file forwarded to FPD (cc: all counsel, USPT, USP, USM) [ 4:00-m -7112 ] (SET) (Entered: 07/25/2000) |
| 07/26/2000 | 12 | MINUTES: before Mag Judge Mary Ann L. Medler granting motion for pretrial detention and hearing as to defendant: Robert Andis (deft had detention hrg in Nevanda and was ordered detained. This Court will adopt Nevada Court's findings. [3-1] ; preliminary exam set for 2:00 7/28/00 for Robert Andis before Mag Judge Mary Ann L. Medler detention hearing held on 7/26/00 ; Defendant Location: custody court reporter: Holwitt; Tape #: 1 Index#s: 0-144 proceedings started: 1:00 - ended: 1:05 [ 4:00-m -7112 ] (SET) (Entered: 07/27/2000) |
| 07/27/2000 | 13 | INDICTMENT (referred to Mag Judge David D. Noce ) by USA ; Counts filed against Robert Andis (1) count(s) 1, 2, 3 (SET) (Entered: 07/28/2000) |
| 07/27/2000 | 14 | APPEARANCE for plaintiff USA by Attorney Donald Wilkerson (SET) (Entered: 07/28/2000) |
| 07/27/2000 | 15 | ORDER as to defendant Robert Andis by Mag Judge Mary Ann L. Medler. Leave is granted to file the following documents, |

| | | |
|---|---|---|
| | | which were received from the District of Nevada, pending receipt of the originals: Intial appearance form; wiaver of Rule 40 hearings; order of detention pending trial and commitment to another district (cc: all counsel, USPT, USP, USM) (BAK) (Entered: 07/31/2000) |
| 07/27/2000 | 16 | RULE 40 Documents received from District of Nevada as to defendant John Robert Andis (certified copies of: initial appearance minutes; commitment to another district; order of detention; waiver of Rule 40 hearings; order appointing counsel and financial affidavit) (BAK) (Entered: 07/31/2000) |
| 07/28/2000 | 17 | RULE 40 Documents received from District of Nevada as to defendant John Robert Andis (copy of documents received on 7/27/00 - order of detention docketed per Judge Medler's instruction in 7/26/00 minutes) (BAK) (Entered: 07/31/2000) |
| 08/01/2000 | 19 | ORDER PRETRIAL MOTIONS by Mag Judge David D. Noce preliminary exam held on 8/1/00 ; motion filing ddl set for 8/29/00 for John Robert Andis ; motion/evidentiary hrg set for 2:00 9/6/00 for John Robert Andis ; jury trial set for 9:30 10/16/00 for John Robert Andis Disclose suppresible evidence: 8/8/00. Each party to file Pretrial disclosure: 8/15/00. Each party to respond to Pretrial disclosure: 8/22/00. (DLB) (Entered: 08/01/2000) |
| 08/01/2000 | 20 | MINUTES before Mag Judge David D. Noce dft John Robert Andis arraigned; not guilty plea entered; Attorney present; Order re: pretrial mtns to issue , Defendant Location: Custody court K. Stamm; Tape #: 1 Index#s: 0-174 proceedings: 9:47-9:50 (KKS) (Entered: 08/02/2000) |
| 08/03/2000 | 21 | ARREST Warrant returned executed as to John Robert Andis on complaint; Warrant for arrest of deft on: 7/17/00 (DLB) (Entered: 08/07/2000) |
| 08/29/2000 | 22 | MOTION to suppress evidence and statements by John Robert Andis (KKS) (Entered: 08/30/2000) |
| 09/06/2000 | 23 | REPORT AND RECOMMENDATION recommending the motion to suppress evidence and statements [22-1] be denied as moot. by Mag Judge David D. Noce ; Objection to RR ddl 9/18/00 (cc: all counsel, USPT, USP, USM) (DLB) (Entered: 09/06/2000) |
| 09/06/2000 | 23 | ORDER by Mag Judge David D. Noce - IT IS HEREBY |

|  |  | ORDERED that the motion of the United States for a a hearing under 18 U.S.C. 3501 [18-1] is denied as moot. (cc: all counsel, USPT, USP, USM) (DLB) (Entered: 09/06/2000) |
| --- | --- | --- |
| 09/06/2000 |  | (Court only) Docket Modification (Utility) terminating case referral (DLB) (Entered: 09/06/2000) |
| 09/06/2000 | 24 | MINUTES: before Mag Judge David D. Noce; deft waived his rights to have a hearing; pretrial motions satisfied on 9/6/00 ; motion/evidentiary hearing held 9/6/00 ; Defendant Location: Remanded to custody court reporter: K Stamm; Tape #: 1 Index#s: 270-349 proceedings: 2-2:02 (KKS) (Entered: 09/07/2000) |
| 09/11/2000 | 25 | ARREST Warrant returned unexecuted as to John Robert Andis (BDC) (Entered: 09/11/2000) |
| 09/20/2000 | 26 | ORDER by Honorable Stephen N. Limbaugh adopting report and recommendation motion REPORT AND RECOMMENDATION recommending the motion to suppress evidence and statements [22-1] be denied as moot. [23-1], denying motion to suppress evidence and statements [22-1] (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 09/20/2000) |
| 10/12/2000 | 27 | ORDER by Honorable Stephen N. Limbaugh ; change of plea hearing set for 11:00 10/16/00 for John Robert Andis (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 10/12/2000) |
| 10/16/2000 | 28 | MINUTES: before Honorable Stephen N. Limbaugh jury trial setting satisfied on 10/16/00 as change of plea hearing was held on 10/16/00 ; sentencing hearing set for 1:00 1/4/01 for John Robert Andis , guilty plea entered by John Robert Andis ; objection to PSR deadline set for 12/14/00 for John Robert Andis, for USA ; Defendant Location: CUSTODY court reporter: Lynne Shrum; proceedings started: 11:15AM - ended: 11:45AM (BDC) (Entered: 10/17/2000) |
| 10/16/2000 | 29 | STIPULATION OF FACTS RELATIVE TO SENTENCING, PLEA AGREEMENT by John Robert Andis, USA (BDC) (Entered: 10/17/2000) |
| 10/16/2000 | 30 | ORDER by Honorable Stephen N. Limbaugh: In light of the deft John Robert Andis' guilty plea antered this day. IT IS HEREBY ORDERED that all pending motions are denied as moot. (cc: all counsel, USPT, USP, USM) (BDC) (Entered: 10/17/2000) |
| 10/23/2000 | 31 | ORDER as to defendant John Robert Andis by Honorable |

| | | |
|---|---|---|
| | | Stephen N. Limbaugh ; sentencing hearing set for 1:00 1/10/01 for John Robert Andis (cc: all counsel, USPT, USP, USM) (BDC) (Entered: 10/23/2000) |
| 12/12/2000 | 32 | MOTION for leave to file objections to PSR under seal as to defendant John Robert Andis by John Robert Andis (LAH) (Entered: 12/12/2000) |
| 12/12/2000 | 33 | RULED DOCUMENT by Honorable Stephen N. Limbaugh granting motion for leave to file objections to PSR under seal as to defendant John Robert Andis [32-1] (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 12/12/2000) |
| 12/14/2000 | 34 | OBJECTIONS TO PSR by John Robert Andis ; objection to PSR deadline met on 12/14/00 (FILED UNDER SEAL) (LAH) (Entered: 12/15/2000) |
| 12/14/2000 | 34 | (Court only) SEALED document by defendant John Robert Andis [34-1] (LAH) (Entered: 12/15/2000) |
| 01/10/2001 | 35 | MINUTES: before Honorable Stephen N. Limbaugh sentencing hearing held on 1/10/01 as to defendant John Robert Andis ; Defendant Location: CUTODY (deft was remanded) *See Judgment for details; court reporter: :Lynne Shrum; proceedings started: 300PM - ended: 330PM (BDC) (Entered: 01/11/2001) |
| 01/10/2001 | 36 | PRESENTENCE REPORT FILED UNDER SEAL on John Robert Andis (BDC) (Entered: 01/11/2001) |
| 01/10/2001 | 36 | (Court only) SEALED document [36-1] (BDC) (Entered: 01/11/2001) |
| 01/10/2001 | 37 | JUDGMENT by Honorable Stephen N. Limbaugh as to John Robert Andis sentencing John Robert Andis (1) count(s) 2. Defendant is committed to the US-BOP to be imprisoned for a term of 18 months. Defendant shall be on supervised release for a term of 3 years. Defendant shall pay a $100.00 special assessment fee due immediately. , dismissing counts as to John Robert Andis (1) count(s) 1, 3 . Dismissed on motion of government. , case terminated (cc: all counsel, USPT, USP, USM) (ARL) (Entered: 01/11/2001) |
| 01/22/2001 | 38 | APPEAL Notice to USCA by defendant John Robert Andis regarding [37-4] fees IFP forwarded to Appeals Unit on 1/23/01 (LAH) (Entered: 01/23/2001) |
| 01/24/2001 | | DELIVERED TO USCA - 1 criminal appeal cover sheet, 2 |

|  |  | certified copies each of NOA, Judgment, and clerk's docket entries. cc: NOA to USPT, USP, USM, Judge, Court Reporter cc: NOA and clerk's docket entries to parties (BAK) (Entered: 01/24/2001) |
|---|---|---|
| 01/31/2001 |  | Notification and Briefing Schedule regarding [38-1] ( APPEAL number 01-1272 ) received from USCA Transcript due: 2/12/01, Clerk's record due: 2/14/01. Brief appellant-2/14/01; brief appellee 3/21/01; Reply brief 3/28/01. (BDC) (Entered: 02/05/2001) |
| 02/01/2001 | 39 | TRANSCRIPT Jan. 10, 2001 sentencing as to deft: John Robert Andis before Judge: Stephen Limbaugh court reporter: Ann J. Taylor (LAH) (Entered: 02/01/2001) |
| 02/02/2001 |  | TRANSCRIPT SENT TO USCA - sentencing of the deft. (BDC) (Entered: 02/05/2001) |
| 02/07/2001 | 40 | Transmittal Acknowledgement from USCA file volumes, 1 (sentencing transcript) transcript volumes USCA number: unknown from ths document as to defendant: John Robert Andis (BDC) (Entered: 02/08/2001) |
| 02/21/2001 |  | CLERK'S RECORD ON APPEAL SENT TO USCA transcripts, volumes, copies of index sent to parties USCA number: 01-1272 as to defendant: John Robert Andis (BAK) (Entered: 02/21/2001) |
| 03/13/2001 | 41 | MARSHAL'S RETURN of judgment executed on 2/27/01 Deft delivered to: FCI, Sandstone, MN as to John Robert Andis (LAH) (Entered: 03/13/2001) |
| 03/28/2001 | 42 | AMENDED JUDGMENT by Honorable Stephen N. Limbaugh as to defendant John Robert Andis (1) count(s) 2. Defendant is committed to the US-BOP to be imprisoned for a term of 18 months. Defendant shall be on supervised release for a term of 3 years. Defendant shall pay a $100.00 special assessment fee due immediately. (cc: all counsel, USPT, USP, USM) (ARL) (Entered: 03/30/2001) |
| 10/03/2001 |  | FILE SENT TO USCA - 1 volumes (LAH) (Entered: 10/03/2001) |
| 10/23/2001 | 43 | Transmittal Acknowledgment from USCA 1 file volumes, transcript volumes as to defendant: Andis (ARL) (Entered: 10/24/2001) |
|  |  |  |

| 10/25/2001 | 44 | RECEIPT # S2002-000625 in the amount of $ 25.00 for special assessment BOP payment date: 9/12/01 as to John Robert Andis (KXS) (Entered: 10/26/2001) |
| 10/25/2001 | 45 | REQUEST by plaintiff USA for modification of conditions of supervision with consent of the offender as to defendant Andis. SO ORDERED (SNL). (KXS) (Entered: 10/26/2001) |
| 01/17/2002 | 46 | RECEIPT # S2002-003329 in the amount of $ 75.00 for special assessment as to John Robert Andis (LAH) (Entered: 01/18/2002) |
| 01/18/2002 | 47 | Opinion from USCA on USCA number: 01-1272 as to defendant: John Robert Andis Opinion of USCA: affirm (LAH) (Entered: 01/22/2002) |
| 04/03/2002 | 48 | APPEAL Order from USCA [38-1] USCA number: 01-1272 as to defendant: John Robert Andis - The petition for rehearing en banc is granted. The panel's opinion and the court's judgment of January 17, 2002, are vacated. This case will be set for oral argument before the court en banc in St. Louis, MO, during the Sept. 2002 court week. (cc: all counsel) (LAH) (Entered: 04/04/2002) |
| 03/20/2003 | 49 | PETITION for Warrant for Offender Under Supervision fld. by plaintiff USA (WARRANT ISSUED) (LAH) (Entered: 03/20/2003) |
| 06/27/2003 | 50 | Opinion from USCA on USCA number: 01-1272 as to defendant: John Andis Opinion of USCA: dismissed (MCB) (Entered: 06/30/2003) |
| 07/18/2003 | 51 | (Corrected) Opinion from USCA on USCA number: 01-1272EMSL as to defendant: John Andis (ARL) (Entered: 07/21/2003) |
| 07/21/2003 | 52 | APPEAL Mandate/Judgment from USCA dismissing the appeal [38-1] USCA number: 01-1272 (cc: all counsel, USPT, USP, USM) (KXS) (Entered: 07/22/2003) |
| 08/22/2003 | | FILE RETURNED FROM USCA - # of volumes: 1 (Sealed) (CMA) (Entered: 08/27/2003) |
| 08/22/2003 | | TRANSCRIPT(S) RETURNED FROM USCA - 1 volume (In-Camera) (CMA) (Entered: 08/27/2003) |
| 09/12/2003 | 53 | TRANSCRIPT filed from change of plea of 10/16/00; as to deft: John Robert Andis before Judge: Limbaugh court reporter: |

| | | Lynne Shrum (BAK) (Entered: 09/15/2003) |
|---|---|---|
| 10/06/2003 | 54 | LETTER from USCA regarding Writ of Certiorari (LAH) (Entered: 10/07/2003) |
| 11/18/2003 | 55 | LETTER re:WRIT OF CERTIORARI Issued by US Supreme Court as to John Robert Andis re 38 Notice of Appeal - The petition for a writ of certiorari is denied. (KCM, ) (Entered: 11/21/2003) |
| 01/11/2008 | 59 | Rule 5(c)(3) Documents Received as to John Robert Andis (LGK) (Entered: 01/18/2008) |
| 01/16/2008 | 56 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Robert Andis St. Louis Fed Public Defender for John Robert Andis appointed.. Signed by Mag Judge Terry I. Adelman on 1/16/08. (KKS) (Entered: 01/16/2008) |
| 01/16/2008 | | ORDER RECEIPT: (see receipt) Wed Jan 16 15:30:13 CST 2008 (Stamm, Katie) (Entered: 01/16/2008) |
| 01/16/2008 | | Arrest of defendant John Robert Andis date of arrest: 1/16/08 (LGK) (Entered: 01/18/2008) |
| 01/16/2008 | 57 | Minute Entry for proceedings held before Mag Judge Terry I. Adelman:Initial Appearance re Revocation of supervised release as to John Robert Andis held on 1/16/2008 Preliminary Revocation Hearing set for 1/17/2008 02:00 PM before Mag Judge Terry I. Adelman. (Court Reporter or FTR Gold Operator initials:K. Stamm.) (FTR Gold (yes or no): yes.) (proceedings started: 11:24 a.m..) (proceedings ended: 11:29 a.m..) (Defendant Location: custody.) (LGK) (Entered: 01/18/2008) |
| 01/16/2008 | 58 | CJA 23 Financial Affidavit by John Robert Andis (LGK) (Entered: 01/18/2008) |
| 01/18/2008 | 60 | Minute Entry for proceedings held before Mag Judge Terry I. Adelman:Detention Hearing as to John Robert Andis held on 1/18/2008 Attorney Hal Goldsmith for USA added., Preliminary Examination/Detention Hearing as to John Robert Andis held on 1/18/2008 Attorney Hal Goldsmith for USA added. Final revocation hearing set for 1/23/08 at 11:00 a.m. before Judge Limbaugh(Court Reporter or FTR Gold Operator initials:K. Stamm.) (FTR Gold (yes or no): yes.) (proceedings started: 2:06 p.m..) (proceedings ended: 2:08 p.m..) (Defendant Location: custody.) (LGK) (Entered: 01/18/2008) |

| 01/18/2008 | ⚫ | (Court only) Set/Reset Deadlines/Hearings as to John Robert Andis: Final Hearing re Revocation of Supervised Release set for 1/23/2008 11:00 AM before Honorable Stephen N. Limbaugh. (LGK) (Entered: 01/18/2008) |
| 01/22/2008 | ⚫ 62 | Unrestricted Document: First Amended Petition for Warrant/Summons for Offender Under Supervision as to John Robert Andis Signed by Honorable Stephen N. Limbaugh on 1/22/08. (LAH, ) (Entered: 01/24/2008) |
| 01/23/2008 | ⚫ 61 | SUPERVISED RELEASE/PROBATION REVOCATION SENTENCING COMPUTATION (Sealed) as to John Robert Andis (KJF, ) (Entered: 01/23/2008) |
| 01/23/2008 | ⚫ 63 | Minute Entry for proceedings held before Honorable Stephen N. Limbaugh:Final Hearing re Revocation of Supervised Release as to John Robert Andis held on 1/23/2008 (Court Reporter: Lynne Shrum.) (FTR Gold (yes or no): no.) (proceedings started: 11:15.) (proceedings ended: 11:35.) (Defendant Location: custody.) (LAH, ) (Entered: 01/24/2008) |
| 01/23/2008 | ⚫ 64 | JUDGMENT FOR REVOCATION as to John Robert Andis (1), Count(s) 1, The defendant is hereby committed to the BOP to be imprisoned for a total term of 10 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 26 months. The defendant is remanded to the custody of the U.S. Marshal. Signed by Honorable Stephen N. Limbaugh on 1/23/08. (LAH, ) (Entered: 01/24/2008) |
| 02/04/2008 | ⚫ 65 | Mail Returned as Undeliverable. Mail sent to Ilene Goodman Doc. #56 (LGK) (Entered: 02/05/2008) |
| 02/08/2008 | ⚫ | (Court only) ***Terminated defendant John Robert Andis (ARL) (Entered: 02/08/2008) |
| 05/05/2008 | ⚫ 66 | Marshal's Return on Judgment as to John Robert Andis on 4/18/08. Defendant delivered to: MDC Los Angeles (KJF, ) (Entered: 05/06/2008) |
| 05/26/2010 | ⚫ 67 | Letter from U.S. Probation Office re: judge reassignment. (KLK) (Entered: 05/26/2010) |
| 06/28/2010 | ⚫ 68 | Supervised Release Jurisdiction Transferred to Central District of CA as to John Robert Andis Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (CEL) (Entered: 06/29/2010) |

| 06/29/2010 | 🌐 69 | REASSIGNMENT ORDER (jgw). Judge Honorable Stephen N. Limbaugh reassigned. Case reassigned to Judge Honorable Henry E. Autrey for all further proceedings (LGK) (Entered: 06/29/2010) |
| 07/12/2010 | 🌐 70 | Letter from Eastern Mo re: supervised release transfer documents forwarded to Central District of CA - western Division (CEL) (Entered: 07/12/2010) |

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED
CLERK U.S. DISTRICT COURT

JUN 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKET NUMBER *(Tran. Court)*
4:00CR00347 HEA

DOCKET NUMBER *(Rec. Court)*
10CRU62-CAS

---

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:
John Robert Andis
Los Angeles, California

DISTRICT
Eastern District of Missouri

DIVISION
United States Probation

NAME OF SENTENCING JUDGE
The Honorable Henry E. Autrey
United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 10, 2008 | TO August 17, 2011 |
|---|---|---|

---

OFFENSE
Count two: Transportation of a Minors

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6 · 2 · 010
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/17/2010
_____
Effective Date

_____
Chief   United States District Judge

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _____
DEPUTY CLERK

AO 245B (Rev. 8/96) Sheet 1- Judgment in a Criminal Case

# United States District Court

### Eastern District of Missouri

FILED

JAN 1 0 2001

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v | (For Offenses Committed On or After November 1, 1987) |
| JOHN ROBERT ANDIS | Case Number:  4:00CR347 SNL |
| | Ilene A. Goodman |
| | Defendant's Attorney |

THE DEFENDANT:

☒ pleaded guilty to count(s)   Count Two on 10/16/00

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2423(a) | Transportation of Minors | | |

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _____
DEPUTY CLERK

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  One and Three _____   are   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendants Soc. Sec. No.:  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 | 01/10/2000 |
| Defendant's Date of Birth:  07/30/1947 | Date of Imposition of Judgment |
| Defendant's USM No.·  35165-048 | |
| Defendant's Residence Address: | |
| 920 Bonanza, Apt. 2 | Signature of Judicial Officer |
| Las Vegas, NV  86109 | |
| | STEPHEN N. LIMBAUGH |
| | UNITED STATES DISTRICT JUDGE |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 920 Bonanza, Apt. 2 | |
| Las Vegas, NV  86109 | 01/10/2000 |
| | Date |

Record No.:  291

*37

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page __2__ of __7__

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __EIGHTEEN (18) MONTHS__

☒ The court makes the following recommendations to the Bureau of Prisons:

IT IS HEREBY RECOMMENDED defendant be designated to FCI Lompoc, CA  93436, or in the alternative, to FCI Sheridan, OR 97378.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./pm on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal

  ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U S  Marshal

AO 245B (Rev 8/96) Sheet 3 - Supervised Release

Judgment-Page ___3___ of ___7___

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   THREE (3) YEARS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

Judgment-Page __4__ of __7__

DEFENDANT:   JOHN ROBERT ANDIS

CASE NUMBER:   4:00CR347 SNL

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate, as directed by the probation officer, in a drug or alcohol abuse treatment program which may include urine testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center or inpatient treatment center or hospital.

3. The defendant shall abstain from the use of alcohol and all other intoxicants.

4. The defendant shall comply with all federal, state, and local sex offender registration laws and provide verification of registration to the probation officer.

5. The defendant shall participate in sex offender and/or mental health treatment as directed by the probation officer including submission to a risk assessment and psychological testing, The defendant shall contribute to the cost of treatment in an amount to be determined by the probation officer. Sex offender assessment treatment is to be conducted by a therapist approved in advance by the probation office.

6. The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation officer and shall report to the probation officer immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

7. The defendant shall be prohibited from engaging in any occupation, business, or profession where he has access to children under the age of 18 without prior written approval from the probation officer.

8. The defendant shall not loiter within 100 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18.

9. The defendant shall not possess stimulating or sexually oriented material as deemed inappropriate by the probation officer and/or treatment staff, or patronize any place where such material or entertainment is available.

10. The defendant shall not enter the premises or loiter near where the victim(s) resides, is employed or frequents except under circumstances approved in advance and in writing by the probation officer.

11. The defendant shall not subscribe to or use any Internet service without first receiving written permission of the probation officer.

12. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

13. The defendant shall not purchase or maintain a post office box or any other type of private mail box without written approval of the probation officer.

AS 245B (Rev  8196) Sheet 5, Part A - Criminal Monetary Penalties

Judgment-Page  5  of  7

DEFENDANT:  JOHN ROBERT ANDIS

CASE NUMBER:  4:00CR347 SNL

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Count Two | $100.00 | | |
| | | | |
| | | | |
| Totals: | $100.00 | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement - - - - - - - - - - - - - _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of  _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until  _____ .  An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| Totals: | _____ | _____ | |

* Findings for the total amount of losses are required under Chapters 1 09A, 1 10, 1 1OA, and 11 3A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev 8/96) Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Page __6__ of __7__

DEFENDANT:  JOHN ROBERT ANDIS

CASE NUMBER:  4:00CR347 SNL

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ , or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ installments of _____ over a period of _____ to commence _____ after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐  Joint and Several

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

Judgment-Page ___7___ of ___7___

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

### OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: _____ to _____ years

Fine Range: _____ to _____

☐ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: _____

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 1 09A, 110, 11OA, and 11 3A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

### OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

### OR

☐ The sentence departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following specific reason(s):

Case 4:00-cr-00347-SNL   Document 37   Filed 01/16/01   Page 1 of 1 PageID #: USSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/11/01 by aluisett
                4:00cr347    USA vs Andis


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:      4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

Ilene Goodman -  30932          Fax: 314-421-3177
Donald Wilkerson -  35963       Fax: 314-539-7695


SCANNED & FAXED BY:

JAN 1 1 2001

MJM

AO 245C (Rev. 8/98) Sheet 1 - Amended Judgment in a Criminal Case                                    (NOTE Identify Changes with Asterisks A)

# United States District Court
## Eastern District of Missouri

| | |
|---|---|
| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOHN ROBERT ANDIS | |

**Date of Original Judgment:** ***01/10/2001

Case Number:  4:00CR347 SNL

(or Date of Last Amended Judgment)

Ilene A. Goodman

Defendant's Attorney

**Reason for Amendment:**

- [ ] Correction of Sentence on Remand (Fed R Crim P 35(a))
- [ ] Reduction of Sentence for Changed Circumstances (Fed R Crim P 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed R Crim P 35(c))
- [x] Correction of Sentence for Clerical Mistake (Fed R Crim P 36)

- [ ] Modification of Supervision Conditions (18 U S C § 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U S C § 3582(c)(1))
- [ ] Modification of Imposed Term d Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U S C § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant to      [ ] 28 U S C § 2255,
      [ ] 18 U S C § 3559(c)(7), or      [ ] Modification of Restitution Order

**THE DEFENDANT:**

- [x] pleaded guilty to count(s)   Count Two on 10/16/00
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2423(a) | Transportation of Minors | 7/10/00 | Two |

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _____
DEPUTY CLERK

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [x] Count(s) One and Three   are   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendants Soc. Sec. No.:  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

Defendants Date of Birth:  07/30/1947

Defendants USM No..  35165-048

Defendants Residence Address:
920 Bonanza, Apt. 2
Las Vegas, NV 86109

Defendants Mailing Address·
920 Bonanza, Apt. 2
Las Vegas, NV 86109

03/28/2001

Date of Imposition of Judgment

_____
Signature of Judicial Officer

STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE

Name & Title of Judicial Officer

03/28/2001

Date

Record No.:

AO 245C (Rev 8/96) Sheet 2 - Imprisonment

Judgment-Page __2__ of __7__

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __EIGHTEEN (18) MONTHS__

☒  The court makes the following recommendations to the Bureau of Prisons:

IT IS HEREBY RECOMMENDED defendant be designated to FCI Lompoc, CA 93436, or in the alternative, to FCI Sheridan, OR 97378.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ a.m./pm on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U S Marshal

AO 245C (Rev. 8/96) Sheet 3 - Supervised Release

Judgment-Page __3__ of __7__

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   THREE (3) YEARS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245C (Rev 8/96) Sheet 3 - Supervised Release

Judgment-Page __4__ of __7__

DEFENDANT:  JOHN ROBERT ANDIS

CASE NUMBER:  4:00CR347 SNL

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance

2. The defendant shall participate, as directed by the probation officer, in a drug or alcohol abuse treatment program which may include urine testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center or inpatient treatment center or hospital.

3. The defendant shall abstain from the use of alcohol and all other intoxicants.

4. The defendant shall comply with all federal, state, and local sex offender registration laws and provide verification of registration to the probation officer.

5. The defendant shall participate in sex offender and/or mental health treatment as directed by the probation officer including submission to a risk assessment and psychological testing, The defendant shall contribute to the cost of treatment in an amount to be determined by the probation officer. Sex offender assessment treatment is to be conducted by a therapist approved in advance by the probation office.

6. The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation officer and shall report to the probation officer immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

7. The defendant shall be prohibited from engaging in any occupation, business, or profession where he has access to children under the age of 18 without prior written approval from the probation officer.

8. The defendant shall not loiter within 100 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18.

9. The defendant shall not possess stimulating or sexually oriented material as deemed inappropriate by the probation officer and/or treatment staff, or patronize any place where such material or entertainment is available.

10. The defendant shall not enter the premises or loiter near where the victim(s) resides, is employed or frequents except under circumstances approved in advance and in writing by the probation officer.

11. The defendant shall not subscribe to or use any Internet service without first receiving written permission of the probation officer.

12. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

13. The defendant shall not purchase or maintain a post office box or any other type of private mail box without written approval of the probation officer.

As 245C (Rev 8196) Sheet 5, Part A - Criminal Monetary Penalties

Judgment-Page __5__ of __7__

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Count Two | $100.00 | | |
| | | | |
| | | | |
| Totals: | $100.00 | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement - - - - - - - - - - - -  _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| Totals: | _____ | _____ | |

* Findings for the total amount of losses are required under Chapters 1 09A, 1 10, 1 10A, and 11 3A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Dbt f !5;11.ds 11458. TOM!!Epdvn f ou53!!!!Gjrhe!140390!2!!!Qbhf !7!pg9

AO 245C (Rev. 8/96) Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Page __6__ of __7__

DEFENDANT:  JOHN ROBERT ANDIS

CASE NUMBER:  4:00CR347 SNL

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  _____  immediately, balance due (in accordance with C, D, or E), or

C  ☐  not later than  _____ , or

D  ☐  in installments to commence  _____  day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in  _____  installments of _____
over a period of _____          to commence _____          after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐  Joint and Several

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245C (Rev. 8/96) Sheet 8 - Statement of Reasons

Judgment-Page _7_ of _7_

DEFENDANT: JOHN ROBERT ANDIS

CASE NUMBER: 4:00CR347 SNL

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

### OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: _____ to _____ years

Fine Range: _____ to _____

    ☐ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: _____

    ☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

    ☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 1 09A, 110, 11OA, and 11 3A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

    ☐ Partial restitution is ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

### OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

### OR

☐ The sentence departs from the guideline range:

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following specific reason(s):

Dbt f !5UNIGEPI45BATOM!ELSDVAIQ5U53MKGFhe!4EF99012IRQbMFSABBRI

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/30/01 by aluisett
                4:00cr347    USA vs Andis


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:       4 Certified Copies to USM
                 2 Certified Copies to USP
                 1 Copy to Financial
                 1 Copy to O.S.U.

Ilene Goodman -  30932          Fax: 314-421-3177
Donald Wilkerson -  35963       Fax: 314-539-7695


                                        SCANNED & FAXED BY:

                                        MAR 3 0 2001

                                             MJM

# United States District Court

AO 245D (Rev. 01/03)
Sheet 1- Judgment in a Criminal Case for Revocations

### Eastern District of Missouri

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHN ROBERT ANDIS<br>A.K.A. ROBERT ANDIS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   4:00CR347 SNL<br>USM Number:   35165-048<br><br>Janis Good<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions(s)   see below _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition No. 1 | The defendant shall not leave the judicial district without the permission of the court or probation officer. | December 14, 2007 |
| General Condition and Special Condition 4 | The defendant shall not commit another federal, state, or local crime and, the defendant shall comply with all federal, state, and local sex offender registration laws and provide verification of registration to the probation officer. | February 21, 2003 |
| Condition No. 11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | February 20, 2003 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendants Soc. Sec. No.:   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 | January 23, 2008 |
| Defendant's Date of Birth:   July 30, 1947 | Date of Imposition of Judgment |
| Defendant's USM No.:   35165-048 | |
| Defendant's Residence Address:<br>920 Bonznza, Apt. 2<br>Las Vegas, Nevada 86109 | *Stephen N. Limbaugh* (signature)<br>Signature of Judicial Officer<br><br>Senior United States District Judge<br>Stephen N. Limbaugh<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>see above | January 23, 2008   A TRUE COPY OF THE ORIGINAL<br>Date   JAMES G. WOODWARD, CLERK<br>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MISSOURI<br><br>BY: _____<br>DEPUTY CLERK |

Record No.:   693

AO 245D (Rev. 012/03)    Sheet 1A - Judgment in a Criminal Case for Revocations

JOHN ROBERT ANDIS

Judgment-Page   2   or   5

DEFENDANT: A.K.A. ROBERT ANDIS

CASE NUMBER:  4:00CR347 SNL

District:    Eastern District of Missouri

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition No. 6 | The defendant shall notify the probation officer ten days prior to any change in residence or employment. | March 4, 2003 |

AO 245D (Rev. 012/03) Judgment in a Criminal Case for Revocation     Sheet 2 - Imprisonment

JOHN ROBERT ANDIS
DEFENDANT: A.K.A. ROBERT ANDIS
CASE NUMBER: 4:00CR347 SNL
District:   Eastern District of Missouri

Judgment-Page _3_ of _5_

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   10 months.

☒  The court makes the following recommendations to the Bureau of Prisons:

that the defendant be placed as close as possible to the Las Vegas, Nevada area.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐   at _____ a.m./pm on _____

☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____

☐   as notified by the United States Marshal

☐   as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

AO 245D (Rev. 012/03) Judgment in a Criminal Case for Revocation        Sheet 3 - Supervised Release

JOHN ROBERT ANDIS | Judgment-Page __4__ of __5__
DEFENDANT: A.K.A. ROBERT ANDIS
CASE NUMBER:   4:00CR347 SNL
District:   Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   26 months.

 

 

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; .

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Dbt f !5;11.ds.11458.TOM!!Epdvn f ouJ75!!!!Gjrhe!12ΘЗ4Θ!9!!!Qbhf !6!pg7

AO 245D (Rev. 012/03)   Judgment in a Criminal Case for Revocation     Sheet 3A - Supervised Release

DEFENDANT:  **JOHN ROBERT ANDIS**
                **A.K.A. ROBERT ANDIS**
CASE NUMBER:  4:00CR347 SNL

Judgment–Page  5  of  5

District:   **Eastern District of Missouri**

# ADDITIONAL SUPERVISED RELEASE TERMS

1) The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2) The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, Residential Re-Entry Center, or inpatient treatment in a treatment center or hospital. The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

3) The defendant shall abstain from the use of alcohol and/or all other intoxicants.

4) The defendant shall comply with all federal, state, and local sex offender registration laws and provide verification of registration to the United States Probation Office.

5) The defendant shall participate in a sex-offense specific treatment program. The defendant shall enter, cooperate, and complete said program until released by the United States Probation Office. The defendant shall abide by all policies and procedures of the sex-offense specific program. During the course of said treatment, the defendant shall be subject to periodic and random physiological testing which may include but is not limited to polygraph testing and/or other specialized assessment instruments. The defendant shall pay for the costs associated with treatment based on a co-payment sliding fee scale approved by the United States Probation Office. Co-payments shall never exceed the total costs of treatment.

6) The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the United States Probation Office and shall report to the United States Probation Office immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

7) The defendant shall be prohibited from engaging in any occupation, business, or profession where he has access to children under the age of 18 without prior written approval from the United States Probation Office.

8) The defendant shall not loiter within 100 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18.

9) The defendant shall not possess obscene material as deemed inappropriate by the United States Probation Office and/or treatment staff, or patronize any place where such material or entertainment is available.

10) The defendant shall not subscribe to or use any Internet service without first receiving written permission of the United States Probation Office.

11) The defendant shall not purchase or maintain a post office box or any other type of private mail box without written approval of the United States Probation Office.

12) The defendant shall submit his person, residence, office or vehicle to a search, conducted by the United States Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

13) The defendant shall not possess or use a computer or any audio/visual recording or producing equipment, except with the prior approval of the United States Probation Office.

14) The defendant shall not possess or use a computer or any other device with access to any "on line computer services" at any location (including employment) without the prior written approval of the United States Probation Office. In addition, the defendant shall consent to the United States Probation Office or United States Probation Office service representative conducting periodic unannounced examinations of his computer(s) equipment, that may include the retrieval and copying of all data from his computer(s) and any internal and external peripherals to insure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection. The defendant shall, at the directions of the United States Probation Office, consent to having installed on his computer(s), at his expense, any hardware or software systems to monitor his computer use. Prior to installation of any such hardware or software systems, the defendant shall allow the U.S. Probation Office to examine the computer and/or electronic storage device. The defendant shall pay for the costs associated with monitoring based on a co-payment fee approved by the U.S. Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents, employers, or family members that the computer(s) and any related equipment may be subject to searches pursuant to this condition.

15) The defendant shall advise the probation officer of all computer, electronic equipment, and web enabled equipment, including cell phones, to which he possesses or has access within 24 hours of obtaining same.

Dbt f !5;11.ds 11458.TOM!!Epdvn f oU75!!!!Gjrhe!120340l9!!!Qbhf !7!pg7



JOHN ROBERT ANDIS
DEFENDANT: A.K.A. ROBERT ANDIS
CASE NUMBER:  4:00CR347 SNL
USM Number:  35165-048

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐   The Defendant was released on _____ to _____ Probation

☐   The Defendant was released on _____ to _____ Supervised Release

☐   and a Fine of_____   ☐ and Restitution in the amount of_____

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL 2 7 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.**4 : 00 C R 00347 SNL** |
| | ) |
| JOHN ROBERT ANDIS A.K.A. | ) |
| ROBERT ANDIS, | ) |
| | ) |
| Defendant. | ) |

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BY: _Appold_
                    DEPUTY CLERK

<u>INDICTMENT</u>

<u>COUNT I</u>

The Grand Jury charges that:

1. On or about May 1, 2000, the defendant **JOHN ROBERT ANDIS A.K.A. ROBERT ANDIS**, 53, ("Andis") of Las Vegas, Nevada and 14 year old female identified as G.T., of Union, Missouri met on the Internet in an Excite Voice Chat room.

2. During their initial session G.T. sent photographs to Andis and soon thereafter disclosed to **Andis** that she was 14 years old.

3. Over the next few weeks **Andis** and G.T. continued to talk in the Excite Voice Chat room and developed a friendship.

4. During their conversations in the Excite Voice Chat room, G.T. and **Andis** engaged in sexually explicit conversations including "cybersex".

5. On or about June 23, 2000, in an electronic mail message **Andis** instructed G.T. to "go to the airport and fly to me please." In a subsequent electronic mail message dated June 27,

#13

2000, Andis stated "forget the plane I cum and get you."

6.     On or about July 8, 2000, **Andis** rented a Geo Metro from Alamo Rental Car in Las Vegas, Nevada, identifying himself as **Robert Andis**, 2625 North Alvernon Way #A-4, Tuscon, Arizona 85712.

7.     On or about  July 8, 2000, **Andis** began to drive from Las Vegas, Nevada to Union, Missouri to pick up G.T.

8.     On or about July 11, 2000, **Andis** arrived in Union, Missouri and picked up G.T. from her home.

9.     On or about July 11, 2000, **Andis** and G.T. arrived in Las Vegas, Nevada where they resided in his apartment.

10.     Between July 11, 2000 and July 17, 2000 in Las Vegas, Nevada **Andis** and G.T. had sexual intercourse on multiple occasions.

11.     On or about July 10, 2000, in Franklin County within the Eastern District of Missouri and elsewhere,

**JOHN ROBERT ANDIS**
**A.K.A.**
**ROBERT ANDIS,**

the defendant herein, knowingly persuaded, induced, enticed, and coerced an individual, that is G.T., to travel in interstate commerce from Union, Missouri to Las Vegas, Nevada to engage in any sexual activity for which any person can be charge with a crime, to wit: a violation of Nev.Rev.Stat.§ 200.364(3)(b); Statutory Sexual Seduction, in violation of Title 18 U.S.C. 2422(a).

2

## COUNT II

The Grand Jury further charges that:

12.     The allegations contained in paragraphs one through ten of this Indictment are

incorporated by reference as if fully set forth herein.

13.     On or about July 10, 2000, in Franklin County within the Eastern District of Missouri

and elsewhere,

### JOHN ROBERT ANDIS
### A.K.A.
### ROBERT ANDIS,

the defendant herein, did knowingly transport, G.T., an individual who had not attained

the age of 18 years in interstate commerce, with the intent that the individual engage in

any sexual activity for which any person can be charged with a criminal offense,, to wit:

a violation of Nev.Rev.Stat.§ 200.364(3)(b), Statutory Sexual Seduction, in violation of

Title 18, U.S.C. § 2423(a).

## COUNT III

The Grand Jury further charges that:

14.     The allegations contained in paragraphs one through ten of this Indictment are

incorporated by reference as if fully set forth herein.

15.     On or about July 1, 2000, the exact date being unknown to the Grand Jury,  in Franklin

County within the Eastern District of Missouri and elsewhere,

### JOHN ROBERT ANDIS
### A.K.A.
### ROBERT ANDIS,

3

the defendant herein, did use a facility of interstate commerce to wit, the Internet, using

interstate telephone lines, to knowingly persuade, induce, entice and coerce, G.T. an

individual who had not attained the age of eighteen, to engage in any sexual activity for

which any person can be charge with a crime, to wit: a violation of Nev.Rev.Stat.§

200.364(3)(b), Statutory Sexual Seduction, in violation of Title 18, U.S.C. § 2422(b).

A TRUE BILL.

*Samuel E. Campbell*
FOREPERSON

AUDREY G. FLEISSIG
United States Attorney

*Donald Wilkerson*
DONALD G. WILKERSON, #35963
Assistant United States Attorney

4

JS 45 (1/96)

# USDC-EDMO
## CRIMINAL CASE COVER SHEET

JUL 2 7 2000

**INDICTMENT**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Case No.

| **Division of Filing** | **Place of Offense** | **Matter to be Sealed** | **Type of Charge** |
|---|---|---|---|
| X Eastern | Franklin County | ☐ Suppressed Indictment | ☐ Petty |
| ☐ Southeastern | County | ☐ Juvenile | ☐ Misd |
| | | | X Felony |
| | | | Check all Applicable |

## Defendant Information

Defendant's Name ___JOHN ROBERT ANDIS___
Alias Name ___Robert Andis___
Birthdate ___7-30-47___   Not Available ☐
Social Security No. ___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___   Not Available ☐

**4:00CR00347SNL**

## Related Case Information

Is this a New Defendant?           X No
Prior Complaint Case Number, if any _00-7112M_
Complaint: __X__ Pending _____ Dismissed

**Name of AUSA** ___Donald G. Wilkerson, 35963___
**Bond -** Detention Previously Ordered by Court.
**Victim-Witness Act applies:** __y__

## Interpreter Needed
X   No

## Location Status

x   Currently In Federal Custody

## U.S.C. Citations

Total # of Counts For this Defendant       _3_

| Index Key/Code/ Offense Level | Description of Offense Charged | Count(s) | Penalty Info |
|---|---|---|---|
| 6200 18:2422.F/4 | Coercion or enticement of a female | I | I nmt 10 yrs. F nmt $250,000 or both Sup. Rel. nmt 3 yrs. |
| 6200 18:2423.F/4 | Coercion or enticement of a female | II | I nmt 15 yrs. F nmt $250,000 or both Sup. Rel. nmt 3 yrs. |
| 6200 18:2422.F/4 | Coercion or enticement of a minor female | III | I nmt 15 yrs. F nmt $250,000 or both Sup. Rel. nmt 3 yrs |

Date       __July 27, 2000__       Signature of AUSA ___(signature)___

**DONALD G. WILKERSON, 35963**

**SPEEDY TRIAL INFORMATION:**

4:00cr00347SNL

**RE: JOHN ROBERT ANDIS, a/k/a ROBERT ANDIS**

Defendant has been taken into custody.

Complaint No. 00-7112M was issued on July, 14, 2000, by U.S. Magistrate Judge Mary Ann Medler. The Defendant has had an appearance before a U.S. Magistrate.

**Recommended Bond**: Detention previously ordered by the Court.

Date of Indictment:  July 27, 2000

Speedy trial information will be provided when
defendant is taken into federal custody or appears
before a judicial officer in this District for the
first time.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PENALTY SLIP:**

**Re: JOHN ROBERT ANDIS**

Count I - - - I nmt 10 yrs.;  F nmt 250,000 **or both**
MAXIMUM TERM OF SUPERVISED RELEASE - - 3 YRS.
$100.00 Special Assessment

Count II - - - - I nmt 15 yrs.;  F nmt 250,000 **or both**
MAXIMUM TERM OF SUPERVISED RELEASE - - 3 YRS.
$100.00 Special Assessment

Count III - - - - I nmt 15 yrs.;  F nmt 250,000 **or both**
MAXIMUM TERM OF SUPERVISED RELEASE - - 3 YRS.

Victim/Witness Act Applies:  y