PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. JOHN ROBERT ANDIS    Docket No. CR10-00662-CAS

**Petition on Probation and Supervised Release (Modification)**

COMES NOW, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>JOHN ROBERT ANDIS</u> who was placed on supervision by the Honorable <u>STEPHEN N. LIMBAUGH</u> sitting in the Court at <u>St. Louis, Missouri</u>, on the <u>23rd</u> day of <u>January, 2008</u>, who fixed the period of supervision at <u>26 months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on June 17, 2010. The original term of supervision imposed in this case on January 10, 2000, was revoked on January 23, 2008.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

John Robert Andis has a history of substance abuse and has successfully transitioned from our contracted drug aftercare program. Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention need to be continued following this transition. Drug testing is the most reliable method for monitoring drug use.

The Ninth Circuit Court of Appeals' finding in *Stephens* limits the Probation Officer to three random drug tests outside of treatment, pursuant to 18 USC 3583(d). This offender's history warrants continued monitoring.

John Robert Andis and defense counsel have agreed to the proposed modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** John Robert Andis, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d).

ORDER OF COURT

Considered and ordered this _16th_ day of _November_, 2010 and ordered filed and made a part of the records in the above case. _Christina A. Snyder_
United States District Judge
CHRISTINA A. SNYDER

Respectfully, _Benjamin Ventura_
BENJAMIN VENTURA
U.S. Probation Officer
Place: Lancaster, California
Approved: GEOFFREY JONES
Supervising U.S. probation Officer
Date: November 9, 2010